# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies, and to: Warden-Superintendent: Plymouth County Correctional Facility 26 Long Pond Rd, Plymouth, MA 02360

YOU ARE COMMANDED to have the body of __Isiah Medina__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __24__, on the __7__ floor, Boston, Massachusetts on or before __June 30, 2025__, at __11:00__ AM. for the purpose of __Initial appearance__ in the case of UNITED STATES OF AMERICA V. __Isiah Medina__ CR Number __1:25-mj-06287-MPK__

And you are to retain the body of said __Isiah Medina__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __Isiah Medina__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __26__ day of __June, 2025__.

M. Page Kelley, USCMJ
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

SEAL

ROBERT M. FARRELL
CLERK OF COURT

By: /s/ Leonardo T. Vieira
Deputy Clerk

(Habeas Writ.wpd - 5/27/08)